NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SEAN ALLAN ODEGAARD,                )
                                    )
            Appellant,              )
                                    )
v.                                  )         Case No. 2D17-3771
                                    )
TAWNA FRANCINE ODEGAARD,            )
                                    )
            Appellee.               )
_____ )

Opinion filed July 11, 2018.

Appeal from the Circuit Court for Polk
County; Reinaldo J. Ojeda, Judge.


T.W. Weeks, III, of Law Office of Ted W.
Weeks, III, P.A., Lakeland, for Appellee.




PER CURIAM.


            Affirmed.


CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.